IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUZANNE CARCAREY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO GENERAL INSURANCE COMPANY | : | NO. 10-3155 |
| | : | |

<u>ORDER</u>

AND NOW, this 25th day of October, 2011, upon consideration of the Defendant's Motion for Summary Judgment (Docket No. 43), the response and reply thereto, and following an oral argument held on October 21, 2011, IT IS HEREBY ORDERED that the motion is GRANTED.  Judgment is hereby entered in favor of the defendant on the plaintiff's claim of bad faith.

BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.